IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLYDE SPENCER and JUSTIN HAMPTON, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| LEICA MICROSYSTEMS INC., | ) ) |
| Defendant. | ) |

NO. 3:12-00289
JUDGE HAYNES

## ORDER

Based upon the parties' stipulation of dismissal of all claims with prejudice (Docket Entry No. 18), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 18th day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge