IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CLYDE SPENCER and JUSTIN HAMPTON, | ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:12-00289 JUDGE HAYNES |
| v. | ) ) | |
| LEICA MICROSYSTEMS INC., | ) ) | |
| Defendant. | ) | |

## ORDER

Based upon the parties' stipulation of dismissal of all claims with prejudice (Docket Entry No. 18), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _18th_ day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge